NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7053

JOHN TARKOWSKI,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2070, Chief Judge William P. Greene, Jr.

Before GAJARSA, FRIEDMAN, and LINN, <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

Upon consideration of John Tarkowski's motion for reconsideration of the court's order dismissing his appeal,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

NOV 1 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John Tarkowski
Cameron Cohick, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 2 2009

JAN HORBALY
CLERK